ACCEPTED
03-15-00498-CV
7662652
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 2:35:01 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00498-CV

IN THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 2:35:01 PM
JEFFREY D. KYLE
Clerk

LONG CANYON PHASE II HOMEOWNERS ASSOCIATION, INC.,

*Appellants,*

v.

CHRIS CASHION AND LISA CASHION

*Appellees.*

Appealed from the County Court at Law. No. 2 of
Travis County, Texas
Cause No. C-1CV-15-001016

APPELLEE CHRIS AND LISA CASHION'S SECOND MOTION FOR
EXTENSION OF TIME TO FIRST APPELLEE BRIEF

TO THE HONORABLE COURT:

Appellee Chris and Lisa Cashion, files this second Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b)(1) and would respectfully show unto the Court the following:

1. The original deadline for filing Appellee's Brief was Wednesday, October 21, 2015.

2. Appellee sought a 14-day extension of time to file Appellee's Brief. Appellee respectfully requested that the Court extend the deadline for filing Appellee's Brief to November 4, 2015. The Court granted the request.

3. Appellee seeks a 21-day extension of time to file Appellee's Brief. Appellee respectfully requests that the Court extend the deadline for filing Appellee's Brief to November 25, 2015.

4. This is the second Motion for Extension of Time filed for Appellee's Brief with the Court.

5. This extension of time is not requested for mere delay, but to allow Appellee adequate time to prepare Appellee's Brief.

6. Appellee is requesting additional time in order to supplement the trial court record with additional material. The clerk's record did not contain vital material necessary to respond to Appellant's brief. Appellee requested the Clerk supplement the record on October 29, 2015. The Clerk has yet to fulfill the request.

For these reasons, Appellee respectfully requests that this Court grant a 21-day extension of time to file Appellee's Brief. Appellee also requests any further relief to which it may be entitled.

Respectfully submitted,

CHAMBERLAIN MCHANEY
301 Congress, 18th Floor (78701)
P.O. Box 684158
Austin, Texas 78768-4158
(512) 474-9124
(512) 474-8582 (Facsimile)
bdavidson@chmc-law.com

By: _____
    William C. Davidson
    SBN 05447000

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify that on October November 3, 2015, I conferred with Frank O. Carroll III regarding the merits of this First Motion for Extension of Time. Mr. Carroll informed me that he was unopposed to the filing of this First Motion for Extension of Time.

_____
William C. Davidson

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 450 words, as calculated by the word count feature of Microsoft Word 2013 (Professional Edition).

_____
William C. Davidson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been sent facsimile and/or regular mail, to all counsel of record, in accordance with the Texas Rules of Civil Procedure on this the 3rd day of November, 2015.

William C. Davidson